# **CORPORATE RESOLUTION OF**
WATERSHED DESIGN-BUILD, INC

The undersigned, being a member of WATERSHED DESIGN-BUILD, INC, a Georgia Corporation (the "Corporation") having met at a meeting specially called by the Corporation do, by his participation and signature below, hereby waive any other notice of meeting as provided in the By-Laws Agreement of the Corporation, and do hereby consent and resolve to the adoption of, and do hereby adopt, the following actions to be taken:

1. The Corporation shall prepare and file a voluntary petition for bankruptcy under Chapter 7 of the Bankruptcy Code;

2. The Corporation shall retain and pay Medley & Associates, LLC the amount of $2000.00, for legal work, the filing, and prosecution of the bankruptcy case; The filing fee of $335.00 shall be paid at the time of filing.

3. Malcolm Blanchard of the Corporation, is authorized and instructed to review and execute those documents reasonably calculated to effect the filing and prosecution of a chapter 7 bankruptcy case, and to direct the officers, employees and agents of the Corporation to cooperate with the reporting requirements of the bankruptcy court, the bankruptcy code, and the office of the United States Trustee.

IT IS SO RESOLVED, this 15th day of August 2018.

                                                    //s//Malcolm Blanchard
                                                  Malcolm Blanchard
                                                  President