| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **WATERSHED DESIGN–BUILD, INC.**<br>Name | EIN  **46–2959494** |
| United States Bankruptcy Court  **Northern District of Georgia**<br>Court website: www.ganb.uscourts.gov | | Date case filed for chapter  **7**   **12/5/18** |
| Case number:  **18–70522–wlh** | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | WATERSHED DESIGN–BUILD, INC. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 115 New Street<br>Suite A<br>Decatur, GA 30030 | |
| **4. Debtor's attorney**<br>Name and address | Leonard R. Medley III<br>Medley & Associates, LLC<br>Bldg. 2, Suite 1450<br>2727 Paces Ferry Road, SE<br>Atlanta, GA 30339 | Contact phone (770) 319–7592<br><br>Email: leonard@mkalaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Edwin K. Palmer<br>P.O. Box 1284<br>Decatur, GA 30031 | Contact phone (404) 479–4449 |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>1340 United States Courthouse<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours:  8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **January 9, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Third Floor – Room 367, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have | |

any questions about your rights in this case.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　page **1**

Case 18-70522-wlh    Doc 5    Filed 12/08/18    Entered 12/09/18 01:47:36    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                           Case No. 18-70522-wlh
WATERSHED DESIGN-BUILD, INC.                                                     Chapter 7
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 113E-9          User: ngs1              Page 1 of 3              Date Rcvd: Dec 06, 2018
                              Form ID: 309c           Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db             +WATERSHED DESIGN-BUILD, INC.,    115 New Street,    Suite A,    Decatur, GA 30030-5336
tr             +Edwin K. Palmer,    P.O. Box 1284,    Decatur, GA 30031-1284
21999987       +ALLIED FENCE COMPANY, INC.,    TODD H. EDLIN, CEO,    PO BOX 276,    Mableton, GA 30126-0276
21999988       +ALLIED FENCE COMPANY, INC.,    TODD H. EDLIN, Reg Agent,    430 Veterans Memorial Hwy, SE,
                 Mableton, GA 30126-2620
21999992       +ARANGO INSULATION, INC.,    149 N. 85 Parkway Ste B,    Fayetteville, GA 30214-7733
21999993       +ARANGO INSULATION, INC.,    LUIS ARANGO, Reg Agent,    2137 HWY 85 S,
                 Fayetteville, GA 30215-2904
21999995       +ARTISAN CUSTOM CLOSETS LLC,    LISA A. WISNESKI, Reg Agent,    1643 Ridenour Parkway,
                 Kennesaw, GA 30152-4512
21999994        ARTISAN CUSTOM CLOSETS LLC,    1643 Ridenour Parkway,    McDonough, GA 30252
21999996       +ATLANTA GLASS & MIRROR, INC.,    224 RIO CIR,    Decatur, GA 30030-2282
21999997       +ATLANTA GLASS & MIRROR, INC.,    JOSEPH HORNE, Reg Agent,    345 GROVE RIDGE DR,
                 Loganville, GA 30052-5612
21999998       +ATLANTA GLASS & MIRROR, INC.,    FRED E HIRES, JR, CEO,    2508 ALTA VISTA DR,
                 Atlanta, GA 30319-3504
21999999       +ATLANTA KITCHEN, LLC,    196 RIO CIRCLE,    Decatur, GA 30030-2222
22000000       +ATLANTA KITCHEN, LLC,    C T Corporation System, Agent,    289 S Culver St,
                 Lawrenceville, GA 30046-4805
22000002       +ATLANTA SPECIALTY MILLWORKS,    Paul Wilfong, Reg Agent,    1209 Fielding Court,
                 Marietta, GA 30064-4633
22000001       +ATLANTA SPECIALTY MILLWORKS,    1360 Logan Circle,    Atlanta, GA 30318-2859
21999983       +Alley-Cassetty Brick & Stone,    5368 N Main St,    Acworth, GA 30101-4841
21999985       +Alley-Cassetty Companies, Inc,    CLINT HALE, Reg Agent,    1115 SOUTHERN ROAD,
                 Morrow, GA 30260-2917
21999986       +Alley-Cassetty Companies, Inc,    Sam Strang, CEO,    2 OLDHAM ST,    Nashville, TN 37213-1107
21999984       +Alley-Cassetty Companies, Inc,    PO BOX 23305,    Nashville, TN 37202-3305
21999989       +American Express,    c/o Zwicker & Associates, P. C,    80 Minuteman Road,
                 Andover, MA 01810-1008
21999990       +American Express National Bank,    4315 South 2700,    West, Mail Code: 02-01-47,
                 Salt Lake City, UT 84184-0002
22000005       +Bertch Cabinets,    4373 Texas St,    Waterloo, IA 50702-4529
22000006       +Brad C. Parrott, Esq.,    Hudson Parrott Walker,    3575 Piedmont Rd. Ste 850,
                 Atlanta, GA 30305-1623
22000007       +CAROLINA LUMBER & SUPPLY CO.,    504 PLASTERS AVENUE,    Atlanta, GA 30324-4012
22000008       +CAROLINA LUMBER & SUPPLY CO.,    E MERRITT HUBER, CEO & Agent,    504 PLASTER AVENUE,
                 Atlanta, GA 30324-4012
22000009       +Construction Arbitration Assoc,    525 Indian Mill Ct,    Alpharetta, GA 30022-5898
22000012        Construction Arbitration Assoc,    525 Indian Mill Ct,    Thomas Edward Gotschall CEO,
                 Alpharetta, GA 30022-5898
22000010       +Construction Arbitration Assoc,    PO Box 768444,    Roswell, GA 30076-8204
22000011       +Construction Arbitration Assoc,    Martin, R. Matthew, Agent,    303 Peachtree Street,
                 Atlanta, GA 30308-3201
22000014       +DOORSMITH, INC.,    1086 Highway 293, SE,    Cartersville, GA 30121-7020
22000015       +DOORSMITH, INC.,    ALFRED R. RICHBURG, JR., Agent,    1086 Highway 293 SE,
                 Cartersville, GA 30121-7020
22000016      #+DOWN SOUTH PLUMBING, INC.,    Cheryl Watkins, Reg Agent,    3633 Flat Run Dr,,
                 Bethlehem, GA 30620-7604
22000017      #+DOWN SOUTH PLUMBING, INC.,    Matt Watkins, CEO,    3633 Flat Run Dr,    Bethlehem, GA 30620-7604
22000018       +Expert Window & Door,    2374 John Glenn Dr,,    Atlanta, GA 30341-1902
22000021       +FERGUSON ENTERPRISES, INC.,    Kevin M. Murphy, CEO,    12500 JEFFERSON AVE,
                 Newport News, VA 23602-4314
22000019       +FERGUSON ENTERPRISES, INC.,    12500 JEFFERSON AVE,    PO BOX 2778,    Newport News, VA 23609-0778
22000020       +FERGUSON ENTERPRISES, INC.,    Corp Creations Network Inc,    2985 Gordy Parkway, 1st Floor,
                 Marietta, GA 30066-3078
22000022       +Fulton County Superior Court,    Lewis R. Slaton Courthouse,    136 Pryor Street C155,
                 Atlanta, GA 30303-3406
22000023       +G&G Hardwoods LLC,    Greg Scott Grier, Reg Agent,    1936 Lower Burris Rd.,
                 Canton, GA 30114-5021
22000024       +GEO. SCHOFIELD CO., INC.,    PO Box 110,    Bound Brook, NJ 08805-0110
22000026       +GEO. SCHOFIELD CO., INC.,    WILLIAM H NEWELL, CEO,    110 S. STATE ST,    Newtown, PA 18940-3508
22000025       +GEO. SCHOFIELD CO., INC.,    C T Corporation System, Agent,    289 S Culver St,
                 Lawrenceville, GA 30046-4805
22000028        HOME FUSION LLC,    Ingram, Deannine L., Reg Agent,    3760 Sixes Road, St. 126-232,
                 Canton, GA 30114
22000030       +HOWARD PAYNE CO.,    GERALD R. STINNETT, Reg Agent,    454 SATELLITE BLVD, NW STE 302,
                 Suwanee, GA 30024-7191
22000029       +HOWARD PAYNE CO.,    PAUL J. PAYNE, CEO,    3600 AMERICAN DRIVE,    Atlanta, GA 30341-2404
22000036       +HPC INSTALLATION, INC.,    GERALD R. STINNETT, Agent,    454 SATELLITE BLVD, NW, STE 30,
                 Suwanee, GA 30024-7190
22000033       +HPC INSTALLATION, INC.,    JON D PAYNE, CEO,    3600 AMERICAN DRIVE,    Atlanta, GA 30341-2404
22000035       +HPC INSTALLATION, INC.,    GERALD R. STINNETT, Agent,    454 SATELLITE BLVD, NW Ste 302,
                 Suwanee, GA 30024-7191
```

```
District/off: 113E-9           User: ngs1                  Page 2 of 3                   Date Rcvd: Dec 06, 2018
                               Form ID: 309c               Total Noticed: 95

22000037        +HUDSON PARROTT WALKER, LLC,    Fifteen Piedmont Center,    3575 Piedmont Rd Ste 850,
                  Atlanta, GA 30305-1682
22000032         Howard Payne Company Inc,    GERALD R. STINNETT, Agent,    454 SATELLITE BLVD, NW ST 302,
                  Suwanee, GA 30024
22000042        +MALCOLM BLANCHARD,    531 Ponce de Leon Manor,    Atlanta, GA 30307-1821
22000041        +MALCOLM BLANCHARD,    321 W. Hill St,    Suite 1B,    Decatur, GA 30030-4362
22000045        +MASTERPIECE LIGHTING, INC.,    774 Forrest Street, NW,    Atlanta, GA 30318-7618
22000049        +MASTERPIECE LIGHTING, INC.,    BLAND BYRNE, Reg Agent,    3340 PEACHTREE RD, STE 1460,
                  Atlanta, GA 30326-1096
22000052        +MBA FINANCIAL ADVISORS, INC.,    MANN, JOSEPH T., CEO & Agent,    219 E 31st Street,
                  Savannah, GA 31401-7304
22000043        +Massey Contracting, Inc.,    James Massey, Reg Agent,    4379 Sentry Dr, Ste D,
                  Tucker, GA 30084-6500
22000044        +Massey Contracting, Inc.,    Margarett Massey, CEO,    4379 Sentry Dr, Ste D,,
                  Tucker, GA 30084-6500
22000047        +Masterpiece Lighting, Inc.,    BLAND BYRNE, Agent,    3340 PEACHTREE RD, STE 1460,
                  Atlanta, GA 30326-1096
22000051        +Masterpiece Lighting, Inc. c/o,    Busch Reed Jones & Leeper PC,    639 Whitlock Ave.,
                  Marietta, GA 30064-3119
22000053        +Michael Wentzel,    c/o Visium Partners,    1175 Peachtree St., Ste 1825,
                  Atlanta, GA 30361-3564
22000056        +PROGRESSIVE DRYWALL, INC.,    Samantha Watkins, Reg Agent,    2202 Flowering Drive,
                  Grayson, GA 30017-1851
22000057        +PROGRESSIVE DRYWALL, INC.,    Shane Watkins, CEO,    2202 Flowering Drive,
                  Grayson, GA 30017-1851
22000054       #+Poole and Huffman, LLC,    315 W. Ponce de Leon Ave,    Suite 344,    Decatur, GA 30030-2450
22000055        +Private Bank of Buckhead,    Terence Freeman, Reg. Agt.,    3565 Piedmont Rd Bldg 3 Ste210,
                  Atlanta, GA 30305-8207
22000058        +Rebekah and Johnathan Cramer,    c/o Visium Partners,    1175 Peachtree St., Ste 1825,
                  Atlanta, GA 30361-3564
22000059        +Rexs Custom Grading,    3440 Mary Ln,    Loganville, GA 30052-4089
22000061        +SARA BLANCHARD,    531 Ponce de Leon Manor,    Atlanta, GA 30307-1821
22000062        +SOUTHERN STAIRCASE COMPANY,    7561 INDUSTRIAL CT,    Alpharetta, GA 30004-5799
22000063        +SOUTHERN STAIRCASE COMPANY,    HANSON, RICHARD R., Reg Agent,    1132 HIGHTOWER TRAIL,STE.C,,
                  Atlanta, GA 30350-2963
22000064        +SOUTHERN STAIRCASE COMPANY,    MARTIN, BILLY, CEO,    7555 SOUTH SPALDING LAKES DR,
                  Dunwoody, GA 30350-1045
22000065         SPECIALTY TILE PRODUCTS, INC.,    Callol, Josette Beaupre, Agent,    1275 Oakbrook Dr., Ste D,
                  Duluth, GA 30096
22000066        +SPECIALTY TILE PRODUCTS, INC.,    JOSETTE B CALLOL, CEO,    1048 BYRNWYCK ROAD,
                  Atlanta, GA 30319-1664
22000077        +SUNBELT TECHNOLOGY, L.L.C.,    Thornton W. Morris, Reg Agent,    999 Ervin Coker Rd NE,
                  Rome, GA 30161-3942
22000076        +SUNBELT TECHNOLOGY, L.L.C.,    c/o Morris Law Partners, LLC,    999 Ervin Coker Rd NE,
                  Rome, GA 30161-3942
22000067        +State Court of DeKalb County,    R. Javoyne Hicks, Clerk,    556 N. McDonough St,
                  Decatur, GA 30030-3355
22000070        +Sunbelt Rentals,    2341 DEERFIELD DRIVE,    Fort Mill, SC 29715-8298
22000071        +Sunbelt Rentals,    BRENDAN HORGAN CEO,    2341 DEERFIELD DRIVE,    Fort Mill, SC 29715-8298
22000072        +Sunbelt Rentals,    C T Corporation System, Agent,    112 North Main Street,
                  Cumming, GA 30040-2422
22000073        +Sunbelt Rentals c/o Roma,    KIrshbaum & Schmidt,    4600 N. Hwy 6 Suite 101,
                  Houston, TX 77084-2864
22000080        +THE SHERWIN-WILLIAMS COMPANY,    CORPORATION SERVICE CO, Agent,    40 TECHNOLOGY PKWY S, Ste 300,
                  Norcross, GA 30092-2924
22000079        +THE SHERWIN-WILLIAMS COMPANY,    JOHN G. MORIKIS, CEO,    101 PROSPECT AVE NW,
                  Cleveland, OH 44115-1027
22000078        +The Sherwin WIlliams Co. c/o,    CST Co.,    PO Box 33127,    Louisville, KY 40232-3127
22000082        +VISION MASONRY, INC.,    Fuller, Scott, CEO& Agent,    4375 Gavira Court,
                  Cumming, GA 30040-0456
22000081        +Villegas Masonry,    Rodrigo Villegas, Reg Agent,    6420 Centerville Rosebud Road,
                  Loganville, GA 30052-4617
22000084        +ZWICKER & ASSOCIATES,    3505 Kroger Blvd,    Suite 125,    Duluth, GA 30096-7672

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              E-mail/Text: leonard@mkalaw.com Dec 06 2018 23:05:56      Leonard R. Medley, III,
                  Medley & Associates, LLC,    Bldg. 2, Suite 1450,    2727 Paces Ferry Road, SE,
                  Atlanta, GA  30339
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 06 2018 23:08:29
                  Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                  Atlanta, GA 30303-3315
22000003        +EDI: BANKAMER.COM Dec 07 2018 02:59:00      Bank of America,    Bankruptcy Department,
                  7105 Corporate Drive,    Plano, TX 75024-4100
22000004        +EDI: BANKAMER2.COM Dec 07 2018 02:59:00      Bank of America, NA,    FDIC # 3510),
                  100 North Tryon St,    Charlotte, NC 28202-4000
22000027         EDI: GADEPTOFREV.COM Dec 07 2018 02:58:00      Georgia Department of Revenue,
                  COMPLIANCE DIVISION,    1800 CENTURY BLVD. NE STE 9100,    Atlanta, GA 30345-3205
22000040         EDI: IRS.COM Dec 07 2018 02:59:00      Internal Revenue Service,    401 W. Peachtree St. NW,
                  Atlanta, GA 30308
```

```
District/off: 113E-9          User: ngs1              Page 3 of 3                  Date Rcvd: Dec 06, 2018
                              Form ID: 309c           Total Noticed: 95

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22000068       +E-mail/Text: doug@stilesair.com Dec 06 2018 23:10:05      STILES HEATING & COOLING, INC.,
                 Stiles, Douglas A, Reg Agent,    140 Ben Burton Rd,   Bogart, GA 30622-1726
22000069       +E-mail/Text: doug@stilesair.com Dec 06 2018 23:10:05      STILES HEATING & COOLING, INC.,
                 DOUGLAS A STILES, CEO,   1537 DANIELS BRIDGE RD,   Athens, GA 30606-6208
22003614        E-mail/Text: usagan.bk@usdoj.gov Dec 06 2018 23:08:32      United States Attorney,
                 Northern District of Georgia,   75 Ted Turner Drive SW, Suite 600,   Atlanta GA 30303-3309
22000083       +EDI: WFFC.COM Dec 07 2018 02:59:00      Wells Fargo Bank, NA,   FDIC # 3511),
                 101 N. Phillips Avenue,   Sioux Falls, SD 57104-6714
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22000013         Derek Moore
22000060         Robert Tate
21999991*       +American Express National Bank,   4315 South 2700,   West, Mail Code: 02-01-47,
                  Salt Lake City, UT 84184-0002
22000034*       +HPC INSTALLATION, INC.,   JON D PAYNE, CEO,   3600 AMERICAN DRIVE,   Atlanta, GA 30341-2404
22000038*       +HUDSON PARROTT WALKER, LLC,   Fifteen Piedmont Center,   3575 Piedmont Rd Ste 850,
                  Atlanta, GA 30305-1682
22000039*       +HUDSON PARROTT WALKER, LLC,   Fifteen Piedmont Center,   3575 Piedmont Rd Ste 850,
                  Atlanta, GA 30305-1682
22000031*       +Howard Payne Company Inc,   Paul J. Payne, CEO,   3600 AMERICAN DRIVE,   Atlanta, GA 30341-2404
22000050*       +MASTERPIECE LIGHTING, INC.,   DANA G. HUNT, CEO,   505 Dukes Road,   Mansfield, GA 30055-3116
22000046*       +Masterpiece Lighting, Inc.,   774 Forrest Street, NW,   Atlanta, GA 30318-7618
22000074*       +SUNBELT RENTALS, INC.,   BRENDAN HORGAN, CEO,   2341 DEERFIELD DRIVE,
                  Fort Mill, SC 29715-8298
22000075*       +SUNBELT RENTALS, INC.,   C T Corporation System, Agent,   112 North Main Street,
                  Cumming, GA 30040-2422
22000048      ##+Masterpiece Lighting, Inc.,   DANA G. HUNT, CEO,   505 Dukes Road,   Mansfield, GA 30055-3116
                                                                             TOTALS: 2, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Edwin K. Palmer    ekpalmerlaw@aol.com, GA37@ecfcbis.com;heathermac3@comcast.net
              Leonard R. Medley, III   on behalf of Debtor   WATERSHED DESIGN-BUILD, INC. leonard@mkalaw.com,
               medleylR71682@notify.bestcase.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
                                                                                            TOTAL: 3
```